On petition for review filed January 16, 1998, petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals May 27, 1999

See 163 Or App 87 (1999)

In the Matter of
Benjamin Madigan, a Child,

STATE ex rel JUVENILE DEPARTMENT
OF MULTNOMAH COUNTY,
*Respondent on Review,*

*v.*

BENJAMIN MADIGAN,
*Petitioner on Review.*

(CC 9282-07940; CA A95076; SC S44920)

987 P2d 462

Peter Miller, Portland, filed the petition for petitioner on review.

No appearance *contra*.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, and Durham, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State ex rel Juv. Dept. v. Dreyer*, 328 Or 332, 976 P2d 1123 (1999).

---

** Kulongoski, Leeson, and Riggs, JJ., did not participate in the consideration or decision of this case.